**大成 DENTONS**

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D   +1 212 768 6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

大成  Salans FMC SNR Denton McKenna Long
dentons.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/03/2020
```

March 3, 2020

**VIA ECF**

The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 17D
New York, New York 10007

APPLICATION GRANTED
*/s/ Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
03/03/2020

Re:   Diaz v. Academy LTD: Case No. 1:19-cv-05733-MKV-KHP

Dear Judge Parker:

We represent defendant Academy LTD ("Defendant") in the above-referenced matter.  <u>We write, jointly on behalf of the parties, to respectfully request that the Court stay all deadlines for forty-five (45) days, from March 3, 2020 to April 17, 2020.</u>

The requested stay will permit the parties to finalize efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once finalized the parties shall file a Stipulation of Dismissal with the Court.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc:   All counsel of record (by ECF)